**Fatima MUSTAFA; Kamal Mustafa, Debtors-Appellants,**

v.

**PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, its Servicing Agent, Creditor-Appellee,**

**Timothy P. Branigan, Trustee.**

**Fatima Mustafa; Kamal Mustafa, Debtors-Appellants,**

v.

**PMT NPL Financing 2015-1, by Penny-Mac Loan Services, LLC, Its Servicing Agent, Creditor-Appellee,**

**Timothy P. Branigan, Trustee,**

No. 17-1414, No. 17-1416

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 28, 2017

Fatima Mustafa, Kamal Mustafa, Appellants Pro Se. Christina Marie Williamson, BWW LAW GROUP, LLC, Rockville, Maryland, for Appellees.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Fatima and Kamal Mustafa appeal from the district court's orders affirming two orders of the bankruptcy court granting the Appellees' motion for relief from the automatic stay in order to proceed with post-foreclosure sale actions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mustafa v. Penny-Mac Corp.*, No. 8:16-cv-00494-PJM.; *Mustafa v. PMT NPL Financing*, No. 8:16-cv-00523-PJM (D. Md. Filed Mar. 29, 2017, and entered Mar. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument would not aid the decisional process.

*AFFIRMED*